900 P.2d 1347

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Bradley | 16282 | 6/15/95 | Affirmed |
| Doe, In re Jane (DOB 4/13/89) | 16349 | 6/20/95 | Affirmed |
| State v. Thorn | 17465 | 6/28/95 | Affirmed |
| State v. Whiting | 17050 | 7/27/95 | Vacated and Remanded |
| Hutch v. State | 16870 | 8/16/95 | Affirmed |
| Doe; In re (DOB 4/6/87) | 16321 | 8/23/95 | Affirmed |
| State v. Jokay | 16489 | 8/29/95 | Affirmed |
| State v. Kauhola | 17285 | 8/29/95 | Affirmed |
| Hutch v. State | 17361 | 8/30/95 | Dismissed |
| State v. Wilson | 16819 | 8/31/95 | Affirmed |
| State v. Kalakau | 16814 | 8/31/95 | Affirmed |